FILED
08 JUN 11 PM 3:56
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ELL   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| UNITED STATES OF AMERICA, | ) | Criminal Case No. '08 CR 1916 BEN |
|---|---|---|
| Plaintiff, | ) | **I N D I C T M E N T** |
| v. | ) | Ancillary to 07CR1951-BEN |
| JOSE FIDEL MUNOZ-SALAZAR, | ) | Title 18, U.S.C., Sec. 3146 - Bail Jumping (Felony) |
| Defendant. | ) | |

The grand jury charges:

On or about December 10, 2007, within the Southern District of California, defendant JOSE FIDEL MUNOZ-SALAZAR did knowingly fail to appear as required before the United States District Court in San Diego, California, after having been released on or about June 25, 2007, pursuant to the Bail Reform Act of 1984 (Title 18, United States Code, Sections 3141-3150) in connection with the felony charge of importation of marijuana, in violation of Title 21, United States Code, Sections 952 and 960; all in violation of Title 18, United States Code, Section 3146.

DATED: June 11, 2008.

A TRUE BILL

/s/ Foreperson

KAREN P. HEWITT
United States Attorney

By: /s/
CHARLOTTE E. KAISER
Assistant U.S. Attorney

CEK:fer:San Diego
6/11/08